APPEAL,CLOSED,TYPE−E

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:22−cv−00852−APM

| | |
|---|---|
| HOLTMAN v. INTERNATIONAL BUSINESS MACHINES CORP.<br>Assigned to: Judge Amit P. Mehta<br> Case:  1:22−cv−00901−APM<br>Cause: 09:0010 Petition to Vacate Arbitration Award | Date Filed: 03/30/2022<br>Date Terminated: 12/10/2022<br>Jury Demand: None<br>Nature of Suit: 896 Arbitration<br>Jurisdiction: Federal Question |

**Petitioner**

**JOHN HOLTMAN**  represented by  **Shannon Liss−Riordan**
LICHTEN & LISS−RIORDAN, P.C.
729 Boylston Street
Suite 2000
Boston, MA 02116
617−994−5800
Fax: 617−994−5801
Email: sliss@llrlaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michelle Ruth Cassorla**
LICHTEN & LISS−RIORDAN, P.C.
729 Boylston St.
Suite 2000
Boston, MA 02116
(614) 994−5800
Email: mcassorla@llrlaw.com
*ATTORNEY TO BE NOTICED*

V.

**Respondent**

**INTERNATIONAL BUSINESS MACHINES CORP.**  represented by  **Craig Friedman**
JONES DAY
1221 Peachtree Street, NE
Suite 400
Atlanta, GA 30361
404−581−3939
Email: csfriedman@jonesday.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick M. Corley**
JONES DAY − ATLANTA
1221 Peachtree Street N.E.

Suite 400
Atlanta, GA 30361
404−581−8211
Email: pcorley@jonesday.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas R. Chiavetta**
JONES DAY
51 Louisiana Avenue, Nw
Washington, DC 20001
(202) 879−3975
Fax: (202) 626−1700
Email: tchiavetta@jonesday.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Stephen Shymansky**
JONES DAY−WASHINGTON
51 Louisiana Avenue NW
Washington, DC 20001
202−879−3724
Email: rsshymansky@gmail.com
*TERMINATED: 08/26/2022*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 03/30/2022 | 1 | | PETITION TO VACATE ARBITRATION AWARD against INTERNATIONAL BUSINESS MACHINES CORP. ( Filing fee $ 402 receipt number ADCDC−9137336) filed by JOHN HOLTMAN. (Attachments: # 1 Civil Cover Sheet)(Cassorla, Michelle) (Entered: 03/30/2022) |
| 03/30/2022 | 2 | | MOTION to Vacate *Arbitration Award* by JOHN HOLTMAN. (Attachments: # 1 Exhibit Ex. 1, # 2 Exhibit Ex. 2, # 3 Exhibit Ex. 3, # 4 Exhibit Ex. 4, # 5 Exhibit Ex. 5, # 6 Exhibit Ex. 6, # 7 Exhibit Ex. 7, # 8 Exhibit Ex. 8, # 9 Exhibit Ex. 9, # 10 Exhibit Ex. 10, # 11 Exhibit Ex. 11, # 12 Exhibit Ex. 12, # 13 Exhibit Ex. 13, # 14 Exhibit Ex. 14)(Cassorla, Michelle) (Entered: 03/30/2022) |
| 03/30/2022 | 3 | | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by JOHN HOLTMAN (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Cassorla, Michelle) (Entered: 03/30/2022) |
| 03/31/2022 | | | SUMMONS Not Issued as to INTERNATIONAL BUSINESS MACHINES CORP. (zmh) (Entered: 03/31/2022) |
| 03/31/2022 | | | Case Assigned to Judge Amit P. Mehta. (zmh) (Entered: 03/31/2022) |
| 04/08/2022 | 4 | | WAIVER OF SERVICE. INTERNATIONAL BUSINESS MACHINES CORP. waiver sent on 4/8/2022, answer due 6/7/2022. (Cassorla, Michelle) (Entered: 04/08/2022) |

| | | |
|---|---|---|
| 04/14/2022 | 5 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Shannon Liss−Riordan, Filing fee $ 100, receipt number ADCDC−9170949. Fee Status: Fee Paid. by JOHN HOLTMAN. (Attachments: # 1 Declaration DECLARATION OF SHANNON LISS−RIORDAN IN SUPPORT OF MOTION TO ADMIT PRO HAC VICE, # 2 Text of Proposed Order PROPOSED ORDER GRANTING MOTION)(Cassorla, Michelle) (Entered: 04/14/2022) |
| 04/15/2022 | | MINUTE ORDER granting 5 Motion for Admission Pro Hac Vice of Attorney Shannon Liss−Riordan. Attorney Shannon Liss−Riordan is hereby admitted pro hac vice to appear in this matter. **Counsel should register for e−filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a).** Signed by Judge Amit P. Mehta on 4/15/2022. (lcapm2) (Entered: 04/15/2022) |
| 04/19/2022 | 6 | NOTICE of Appearance by Shannon Liss−Riordan on behalf of JOHN HOLTMAN (Liss−Riordan, Shannon) (Entered: 04/19/2022) |
| 05/11/2022 | 7 | NOTICE of Appearance by Ryan Stephen Shymansky on behalf of INTERNATIONAL BUSINESS MACHINES CORP. (Shymansky, Ryan) (Entered: 05/11/2022) |
| 05/17/2022 | 8 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Craig S. Friedman, Filing fee $ 100, receipt number ADCDC−9243709. Fee Status: Fee Paid. by INTERNATIONAL BUSINESS MACHINES CORP.. (Attachments: # 1 Declaration)(Shymansky, Ryan) (Entered: 05/17/2022) |
| 05/17/2022 | 9 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Patrick M. Corley, Filing fee $ 100, receipt number ADCDC−9243745. Fee Status: Fee Paid. by INTERNATIONAL BUSINESS MACHINES CORP.. (Attachments: # 1 Declaration)(Shymansky, Ryan) (Entered: 05/17/2022) |
| 05/17/2022 | | MINUTE ORDER granting 8 and 9 Motions for Admission Pro Hac Vice. Attorneys Craig S. Friedman and Patrick M. Corley are hereby admitted pro hac vice to appear in this matter. **Counsel should register for e−filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a).** Click for instructions. Signed by Judge Amit P. Mehta on 5/17/2022. (lcapm2) (Entered: 05/17/2022) |
| 06/06/2022 | 10 | NOTICE of Appearance by Patrick M. Corley on behalf of INTERNATIONAL BUSINESS MACHINES CORP. (Corley, Patrick) (Entered: 06/06/2022) |
| 06/07/2022 | 11 | ENTERED IN ERROR......NOTICE of Appearance by Ryan Stephen Shymansky on behalf of INTERNATIONAL BUSINESS MACHINES CORP. (Shymansky, Ryan) Modified on 6/8/2022 (zjf). (Entered: 06/07/2022) |
| 06/07/2022 | 12 | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by INTERNATIONAL BUSINESS MACHINES CORP. (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Memorandum in Support)(Shymansky, Ryan) (Entered: 06/07/2022) |
| 06/07/2022 | 13 | Memorandum in opposition to re 2 MOTION to Vacate *Arbitration Award* filed by INTERNATIONAL BUSINESS MACHINES CORP.. (Shymansky, Ryan) Modified docket event/text on 6/9/2022 (zeg). (Entered: 06/07/2022) |
| 06/07/2022 | 14 | MOTION to Confirm *Arbitration Award* by INTERNATIONAL BUSINESS MACHINES CORP.. (Attachments: # 1 Memorandum in Support)(Shymansky, |

3

| | | | |
|---|---|---|---|
| | | | Ryan) (Entered: 06/07/2022) |
| 06/08/2022 | | | NOTICE OF ERROR regarding 11 Notice of Appearance. The following error(s) need correction: Other− Please refile using their assigned login/password. (zjf) (Entered: 06/08/2022) |
| 06/08/2022 | 15 | | NOTICE of Appearance by Craig Friedman on behalf of INTERNATIONAL BUSINESS MACHINES CORP. (Friedman, Craig) (Entered: 06/08/2022) |
| 06/08/2022 | 16 | | ERRATA *NOTICE OF ERRATA* by INTERNATIONAL BUSINESS MACHINES CORP.. (Corley, Patrick) (Entered: 06/08/2022) |
| 06/08/2022 | 17 | | SEALED DOCUMENT filed by INTERNATIONAL BUSINESS MACHINES CORP. re 12 SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by INTERNATIONAL BUSINESS MACHINES CORP. (This document is SEALED and only available to authorized persons.) (This document is SEALED and only available to authorized persons.)(Corley, Patrick) (Entered: 06/08/2022) |
| 06/14/2022 | 18 | | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by JOHN HOLTMAN (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Reply in Support of Motion to Vacate)(Cassorla, Michelle) (Entered: 06/14/2022) |
| 06/15/2022 | | | MINUTE ORDER provisionally granting motions to seal, ECF Nos. 12, 18. The memoranda and exhibits appended to ECF Nos. 12 and 18 shall provisionally remain under seal, pending further briefing on the request for sealing and further order of the court. Signed by Judge Amit P. Mehta on 6/15/2022. (lcapm2) (Entered: 06/15/2022) |
| 06/15/2022 | | | NOTICE OF ERROR re 18 Sealed Motion for Leave to File Document Under Seal; emailed to mcassorla@llrlaw.com, cc'd 7 associated attorneys −− The PDF file you docketed contained errors: 1. **Please note the following for future filings; do not refile document**, 2. FYI: DO NOT REFILE. Attorney signature must match login/password in future fillings. (zeg, ) (Entered: 06/15/2022) |
| 06/21/2022 | 19 | | RESPONSE re 14 MOTION to Confirm *Arbitration Award* filed by JOHN HOLTMAN. (Liss−Riordan, Shannon) (Entered: 06/21/2022) |
| 06/28/2022 | 20 | | REPLY to opposition to motion re 14 MOTION to Confirm filed by INTERNATIONAL BUSINESS MACHINES CORP.. (Corley, Patrick) (Entered: 06/28/2022) |
| 06/28/2022 | 21 | | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by INTERNATIONAL BUSINESS MACHINES CORP. (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Reply In Support of Motion to Confirm)(Corley, Patrick) (Entered: 06/28/2022) |
| 07/06/2022 | 22 | | NOTICE OF SUPPLEMENTAL AUTHORITY by INTERNATIONAL BUSINESS MACHINES CORP. (Attachments: # 1 Exhibit A)(Corley, Patrick) (Entered: 07/06/2022) |
| 07/08/2022 | | | NOTICE OF ERROR re 22 NOTICE OF SUPPLEMENTAL AUTHORITY; emailed to pcorley@jonesday.com, cc'd 7 associated attorneys −− The PDF file you docketed contained errors: 1. **Please note the following for future filings; do not refile document**, 2. FYI: Attorney signature must match login/password |

4

| | | | |
|---|---|---|---|
| | | | in future fillings. (Duncan, Erica) (Entered: 07/08/2022) |
| 07/18/2022 | 23 | | NOTICE OF SUPPLEMENTAL AUTHORITY by INTERNATIONAL BUSINESS MACHINES CORP. (Attachments: # 1 Exhibit A)(Friedman, Craig) (Entered: 07/18/2022) |
| 07/19/2022 | 24 | | NOTICE OF SUPPLEMENTAL AUTHORITY by INTERNATIONAL BUSINESS MACHINES CORP. (Attachments: # 1 Exhibit A)(Friedman, Craig) (Entered: 07/19/2022) |
| 08/26/2022 | 25 | | MOTION to Withdraw as Attorney by INTERNATIONAL BUSINESS MACHINES CORP.. (Shymansky, Ryan) (Entered: 08/26/2022) |
| 08/26/2022 | | | MINUTE ORDER granting 25 Ryan Shymansky's Motion to Withdraw as Attorney for Defendant IBM. Signed by Judge Amit P. Mehta on 8/26/2022. (lcapm2) (Entered: 08/26/2022) |
| 09/12/2022 | 26 | | NOTICE of Appearance by Thomas R. Chiavetta on behalf of INTERNATIONAL BUSINESS MACHINES CORP. (Chiavetta, Thomas) (Entered: 09/12/2022) |
| 12/09/2022 | | | MINUTE ORDER provisionally granting Petitioner's 3 Sealed Motion for Leave to File Document Under Seal and Respondent's 21 Sealed Motion for Leave to File Documents Under Seal. The mere fact that a case is pertaining to a confidential arbitration does not entitle it to be under seal as there is a strong presumption in favor of public access to judicial proceedings. See EEOC v. Nat'l Children's Ctr., Inc., 98 F.3d 1406, 1409 (D.C. Cir. 1996); Grynberg v. BP P.L.C., 205 F. Supp. 3d 1, 3−4 (D.D.C. 2016). The Parties shall submit a brief of no more than five pages by December 23, 2022, regarding the need to file documents and the court's Memorandum Opinion under seal. Alternatively, the parties may suggest redactions to their papers and the court's opinion. Signed by Judge Amit P. Mehta on 12/9/2022. (lcapm1) (Entered: 12/09/2022) |
| 12/09/2022 | 27 | | MEMORANDUM OPINION re: Petitioner's 2 Motion to Vacate Arbitration Award and Respondent's 14 Motion to Confirm Arbitration Award. Please see the attached Memorandum Opinion for additional details. Signed by Judge Amit P. Mehta on 12/09/2022. (zjd) (Entered: 12/10/2022) |
| 12/10/2022 | 28 | | ORDER. For the reasons stated in the 27 Memorandum Opinion, the court grants Respondent's 14 Motion to Confirm Arbitration Award and denies Petitioner's 2 Motion to Vacate Arbitration Award. Please see the attached Order for further details. Signed by Judge Amit P. Mehta on 12/09/2022. (lcapm1) (Entered: 12/10/2022) |
| 12/23/2022 | 29 | | RESPONSE TO ORDER OF THE COURT re Order,,, *on December 9, 2022* filed by INTERNATIONAL BUSINESS MACHINES CORP.. (Friedman, Craig) (Entered: 12/23/2022) |
| 12/31/2022 | 30 | | ORDER denying 3 12 18 21 Sealed Motions for Leave to File Documents Under Seal. The court, however, will afford Respondent an opportunity to identify particular portions of the record the disclosure of which would cause actual prejudice to Respondent if made publicly available. Respondent shall identify such portions by January 17, 2023. See attached Order for additional details. Signed by Judge Amit P. Mehta on 12/31/2022. (lcapm1) (Entered: 12/31/2022) |
| 01/09/2023 | 31 | | |

| | | NOTICE OF APPEAL TO DC CIRCUIT COURT as to <u>27</u> Sealed Memorandum Opinion, <u>28</u> Order, by JOHN HOLTMAN. Filing fee $ 505, receipt number ADCDC−9774413. Fee Status: Fee Paid. Parties have been notified. (Liss−Riordan, Shannon) (Entered: 01/09/2023) |
|---|---|---|

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| _____ ) | | |
| JOHN HOLTMAN, ) | Civil Action No. 1:22-cv-852 | |
| ) | | |
| Petitioner, ) | | |
| ) | | |
| v. ) | | |
| ) | | |
| INTERNATIONAL BUSINESS ) | | |
| MACHINES CORP., ) | | |
| ) | | |
| Respondent. ) | | |
| _____ ) | | |

**NOTICE OF APPEAL**

Petitioner John Holtman hereby appeals from this Court's Opinion and Order granting IBM's Motion to Confirm Arbitration Award and denying Petitioner's Motion to Vacate Arbitration Award (Dkts. 27, 28).

Dated:  January 9, 2023            Respectfully submitted,

/s/Shannon Liss-Riordan_____
Shannon Liss-Riordan (*Admitted Pro Hac Vice*)
Michelle Cassorla, D.C. Bar No. 1022193
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
sliss@llrlaw.com
*Attorneys for Petitioner*

7

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2023, I electronically filed the forgoing paper with the Clerk of Court using the ECF system which will send electronic notification of such filing to all counsel of record for the Parties in this action.

/s/Shannon Liss-Riordan
Shannon Liss-Riordan

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                              )
**JOHN HOLTMAN,**                             )
                                              )
    **Petitioner,**                        )
                                              )
    v.                                     )
                                              )   **Case No. 22-cv-00852 (APM)**
**INTERNATIONAL BUSINESS MACHINES**           )
**CORP.,**                                    )
                                              )
    **Respondent.**                        )
_____ )

**ORDER**

For the reasons set forth in the court's Memorandum Opinion, ECF No. 27, Respondent's Motion to Confirm Arbitration Award, ECF No. 14, is granted. Petitioner's Motion to Vacate Arbitration Award, ECF No. 2, is denied.

This is a final, appealable order.

Dated: December 9, 2022

                                                Amit P. Mehta
                                                United States District Court Judge