# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-7002**  **September Term, 2023**

1:22-cv-00852-APM
1:22-cv-00901-APM

Filed On: December 1, 2023 [2029507]

James Owens,

  Appellant

  v.

International Business Machines Corporation,

  Appellee

------------------------------

Consolidated with 23-7005

  **BEFORE:** Millett, Wilkins, and Garcia, Circuit Judges

## O R D E R

  Upon consideration of appellees' unopposed motion to postpone oral argument, it is

  **ORDERED** that the motion be denied. These cases remain scheduled for oral argument on Friday, December 15, 2023.

### Per Curiam

       **FOR THE COURT:**
       Mark J. Langer, Clerk
    BY: /s/
       Michael C. McGrail
       Deputy Clerk